**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                           Case No. _____

**MONTANEZ RIVERA, PEDRO MANUEL & BORGES RODRIGUEZ, CARMEN DELIA**   Chapter **13**
                                       Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **8/29/2013**                              ☐ AMENDED PLAN DATED: _____
☑ PRE  ☐ POST-CONFIRMATION                    Filed by: ☐ Debtor  ☐ Trustee  ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **150.00** x **41** = $ **6,150.00**
$ **300.00** x **19** = $ **5,700.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **11,850.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **11,850.00**

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**  Cr. **FIRST BANK**        Cr. **TOYOTA MOTOR CR**
# **71010019245169**   # **100738670268509**   # **70404061413220001**
$ **266.85**          $ **493.50**          $ **337.00**
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **HOUSING ADMINIST** Cr. _____  Cr. _____
# **47E22**              # _____    # _____
$ **160.00**             $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**DORAL FINANCIAL    BANCO POPULAR D    See Attached**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A:  ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,762.00**

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**Priority: $984.00**
**Late filed claims filed by creditors will receive no distribution.**
**"Surrenders collateral": Shares/savings in any Cooperativa/Association/Bank.**
**Debtor reserves the right to object claims after plan confirmation.**

Signed: **/s/ PEDRO MANUEL MONTANEZ RIVERA**
        Debtor

        **/s/ CARMEN DELIA BORGES RODRIGUE**
        Joint Debtor

---

Attorney for Debtor **R. Figueroa Carrasquillo Law Office**           Phone: **(787) 744-7699**

CHAPTER 13 PAYMENT PLAN

**IN RE** MONTANEZ RIVERA, PEDRO MANUEL & BORGES RODRIGUEZ, CARMEN DE  Case No. _____
Debtor(s)

# CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Debtor Otherwise maintains regular payments directly to:** | **FIRST BANK** <br> **TOYOTA MOTOR CRI** | | |