# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

**IN RE:** PEDRO MANUEL MONTANEZ RIVERA

CARMEN DELIA BORGES RODRIGUEZ

Bankruptcy Number: 13-07032-MCF

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: 08/29/2013

Days From Petition Date: 69

910 Days Before Petition: 03/03/2011

Chapter 13 Plan Date: 08/29/2013  ☐ Amended

This is Debtor(s) 1 Bankruptcy petition.

Payment(s) ☒ Received or ☐ Evidence shown at meeting:

Check/MO# _____

Date: _____  Amount: $ _____

First Meeting Date: 10/03/2013 at 8:00AM

341 Meeting Date: 11/05/2013 at 1:00PM

Confirmation Hearing Date: 11/08/2013 at 1:30PM

Plan Base: $11,850.00   Plan Docket # 2

This is the 2 scheduled meeting.

Total Paid In: $300.00

---

*APPEREANCES:  ☐ Telephone   ☐ Video Conference

Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK        Joint Debtor: ☒ Present ☐ Absent ☒ ID & Soc. OK

☒ Examined   ☐ Not Examined under Oath            ☒ Examined   ☐ Not Examined under Oath

Attorney for Debtor(s): ☐ Not Present  ☒ Present

Name of Attorney Present (Other than Attorney of Record):  R. NUNEZ

☐ Pro-se

☒ Creditor(s) Present        ☐ None

MELCHOR FIRST BANK *

---

*ATTORNEY FEES AS PER R 2016(b) STATEMENT:

Attorney of Record: **ROBERTO FIGUEROA CARRASQUILL***

Total Agreed: $3,000.00    Paid Pre-Petition: $238.00    Outstanding (Through the Plan): $2,762.00

---

*TRUSTEE'S REPORT ON CONFIRMATION & STATUS OF §341 MEETING

Debtor(s) Income is (are) ☐ Under  ☒ Above Median Income        Liquidation Value: $ 0.00

Commitment Period is    ☐ 36 months   ☒ 60 months §1325(b)(1)(B)    Projected Disp. Inc.: $ 0.00/ TBD

The Trustee:   ☐ NOT OBJECTS   ☒ OBJECTS   Plan Confirmation   Gen. Uns. Approx. Dist.: 23.14 %

§341 Meeting ☐ CONTINUED ☐ NOT HELD ☒ CLOSED ☐ HELD OPEN FOR ____ DAYS

§341 Meeting Rescheduled for:_____

Comments:
_____

| |
|---|
| *TRUSTEE'S OBJECTIONS TO CONFIRMATION: NOTICE: LBR 3015-2(c)(6) The debtor must within seven (7) days after service of the objection file either: (A) an amended plan that addresses each objection; or (B) a reply setting forth the facts and legal arguments that give rise to the reply in sufficient detail to allow each objector, if possible, to reconsider and withdraw its objection. |
| [1325(a)(1)] Failure to comply with her/his/their duties.[11 U.S.C.704(a)(4) and 1302(b)(1)]<br><br>Debtor has failed to submit paystubs for the 6 month period prior to the filing of the case. Trustee to verify income (Schedule I and Means Test) once these documents are submitted.<br>Joint Debtor must submit first paystub for the month of June 2013. |
| [1325(b)(1)(B)] Projected Disposable Income – Debtor(s) fails to apply projected disposable income, to be received during applicable commitment period, to make payments to unsecured creditors under the plan. [1322(a)(1)]<br><br>- Fails to provide to devote future income tax refunds to fund the plan. |
| *OTHER COMMENTS / OBJECTIONS<br><br>Doral and BPPR, secured creditors provided for in the plan, are yet to file their claims. Said creditors will not participate from the disbursements until they file their claims. |

/s/ Jose R. Carrion, Esq.        Meeting Date: Nov 05, 2013
    **Trustee**

/s/ Nannette Godreau, Esq.
    **Presiding Officer**