**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**PEDRO MANUEL MONTANEZ RIVERA**<br>**aka PEDRO M MONTANEZ RIVERA**<br>**CARMEN DELIA BORGES RODRIGUEZ**<br>**aka CARMEN D BORGES RODRIGUEZ, aka**<br>**CARMEN D BORGES RODRIQUEZ**<br><br>**xxx–xx–0580**<br>**xxx–xx–9890**<br><br>Debtor(s) | Case No. **13–07032 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 3/27/18 |

### *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: to compel the filing of 2014, 2015 and 2016 tax refund. filed by Trustee, docket #37.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Tuesday, March 27, 2018 .

Mildred Caban Flores
United States Bankruptcy Judge