IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

PEDRO MANUEL MONTANEZ RIVERA
CARMEN DELIA BORGES RODRIGUEZ

DEBTORS

CASE NO 13-07032 MCF

CHAPTER 13

**DEBTORS' MOTION IN COMPLIANCE WITH
*ORDER GRANTING UNOPPOSED MOTION*
DOCKET NO. 38**

TO THE HONORABLE COURT:

NOW COME, **PEDRO MANUEL MONTANEZ RIVERA and CAMEN DELIA BORGES RODRIGUEZ,** the Debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On March 27, 2018 this Honorable Court granted the *Trustee's Request Entry of Order*, Docket No. 37, whereby the Debtors were Ordered to tender to the Trustee the tax refund(s) received for the years 2014, 2015 and 2016, as per the terms of the plan. *Trustee's Request Entry of Order*, Docket No. 37.

2. The Debtors respectfully submit that on March 08, 2018, the Debtors sent to the Chapter 13 Trustee a copy of the Debtors' tax returns for the years 2014, 2015 and 2016 filed with the Puerto Rico Treasury Department, which tax returns reflect that the Debtors did not receive a tax refund for any of the above stated years (2014, 2015 and 2016).

3. The Debtors respectfully understand that they complied with the Trustee's request in that they did not tender to the Chapter 13 Trustee a tax refund for the years 2014, 2015 and 2016 **since they did not receive a tax refund for said years** pursuant to the Debtors' stamped copies of their 2014, 2015 and 2016 tax returns.

Page -2 –
Motion in Compliance with Order
Case No. 13-07032 MCF13

4. Based on the above stated, the Debtors respectfully request that this Honorable Court be informed of the aforegoing, and grant the present motion in compliance with Order, Docket No. 38, in the above captioned case.

**WHEREFORE**, the Debtors, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion incompliance with this Court's *Order Granting Unopposed Motion*, Docket No. 38, in the above captioned case.

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq.; I also certify that a copy of this motion was sent via US Mail to the Debtors Pedro Manuel Montanez Rivera and Carmen Delia Borges Rodriguez, Villa Candelero 46 Golondrina Street Humacao PR 00791.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 5th day of April, 2018.

*/s/ Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTORS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com